IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 15-cv-02186-REB-CBS              Date: April 22, 2016
Courtroom Deputy: Amanda Montoya              FTR – Reporter Deck-Courtroom A402

*Parties:*                                    *Counsel:*

JUAN R. BRISENO,                              Paul Wolf

Plaintiff,

v.

THERESA COZZA-RHODES, *et al.,*               Susan Prose

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 10:03 a.m.**
Court calls case. Appearances of counsel.

Mr. Wolf makes oral motion on behalf of Mr. Briseno, to dismiss the complaint without prejudice. Ms. Prose does not object.

**ORDERED:**   Mr. Wolf's oral motion is **GRANTED** and this case is dismissed without prejudice.

In light of the case being dismissed, *[24] Emergency Motion for a Preliminary Injunction, [37] Motion to Dismiss Amended Complaint for Failure to State a Claim,* and *[42] Plaintiff's Motion for a Five Month Stay of Proceedings* are **MOOT.**

Hearing Concluded.

**Court in recess: 10:05 a.m.**
Time in court: 00:02

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.